**Hugh M. WALKER, Petitioner,**

v.

**The STATE of Oklahoma and Ray H. Page, Warden, Oklahoma State Penitentiary, Respondents.**

**No. A–13676.**

Court of Criminal Appeals of Oklahoma.

May 12, 1965.

Hugh M. Walker, pro se.

Hugh H. Collum, Asst. Atty. Gen., for respondents.

BUSSEY, Presiding Judge.

This is an original proceeding instituted by Hugh M. Walker, an inmate of the State Penitentiary at McAlester, Oklahoma to secure his release from confinement in the State Penitentiary where he is currently confined by virtue of a judgment and sentence rendered in the District Court of Tulsa County, Oklahoma on the 12th day of October, 1961.

In the response and motion to dismiss filed by the State it is pointed out that the matter here presented has previously been determined by this Court adverse to the contentions of the petitioner.

We are of the opinion that the decision rendered by this Court in Walker v. State, Okl.Cr., 378 P.2d 783, is determinative of

the issues here presented, and for that reason the motion of the state to dismiss is sustained, and the writ for habeas corpus is hereby denied.

NIX and BRETT, JJ., concur.